UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| VANDERBILT MORTGAGE AND FINANCE, INC., | ) ) ) | |
| Appellant, | ) ) | Civil No. 11-106-ART |
| v. | ) ) ) | **JUDGMENT** |
| JAMES R. WESTENHOEFER, Trustee for the Estate of Tanya Epling, | ) ) ) | |
| Appellee. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1) The Bankruptcy Court's grant of summary judgment in favor of the Appellee, R. 1-3, is **AFFIRMED**. *See* Memorandum Opinion and Order, R. 8.

(2) This action will be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

(3) This is a final Judgment, and there is no just cause for delay.

This the 19th day of September, 2011.



Signed By:
*Amul R. Thapar*  AT
United States District Judge